IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHEASTERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CRAIG RAY McGUIRE, | ) |
| Plaintiff, | ) |
| vs. | ) 5:03-cv-01169-SLB-TMP |
| SHERIFF JAMES JONES, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 17, 2005, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 30th day of June, 2005.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation mailed to the plaintiff at the Limestone Correctional Facility was returned undeliverable with the notation "RETURN TO SENDER - PAROLE." The plaintiff has not provided the court with an updated address.